HOLLAND LAUNDRY, INC., ETC., APPELLANT, v. L. BAM-
BERGER & CO., ETC., RESPONDENT.

Submitted February 14, 1947—Decided April 24, 1947.

446

448

For the appellant, *Gilhooly & Yauch* (*Edward J. Gilhooly*, of counsel).

For the respondent, *Lum, Fairlie & Foster* (*Ralph E. Lum* and *Charles S. Barrett, Jr.*, of counsel).

Per Curiam.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Judge Ackerson.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Donges, Heher, Colie, Eastwood, Wells, Rafferty, Dill, Freund, McGeehan, McLean, JJ. 14.

*For reversal*—None.